**HERBERT SMITH FREEHILLS KRAMER**

**Norman C. Simon**
Partner
Head of Advertising Disputes
and Class Actions, US
+1 212 715 7816
+1 212 715 8054
norman.simon@hsfkramer.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/26

Via ECF

March 5, 2026

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Cellco Partnership d/b/a Verizon Wireless v. T-Mobile USA Inc.,*
      Case No. 1:26-cv-00972-LAK

Dear Judge Kaplan:

We represent Defendant T-Mobile USA, Inc. ("T-Mobile") in the above-captioned matter against Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon"). In support of T-Mobile's Opposition to Plaintiff's Application for a Preliminary Injunction (ECF #26), T-Mobile will submit a Declaration referencing and attaching video and digital evidence, including an MP4 video of Verizon's "Advice" TV advertisement and HTML files of Verizon's pricing calculator as accessed on the Wayback Machine. These file formats cannot be submitted via ECF.

Pursuant to the Southern District of New York's Electronic Case Filing Rules, T-Mobile respectfully requests leave to submit a CD-ROM to the Clerk of the Court containing the above-referenced video and digital evidence. T-Mobile will file and serve the Declaration and accompanying exhibits promptly upon the Court's approval and in accordance with local rules.

Respectfully submitted,

Norman C. Simon

**SO ORDERED**

LEWIS A. KAPLAN, USDJ

3/6/26