**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA INC.,<br><br>*Defendant.* | Case No. 1:26-cv-00972 (JLR)<br><br>**DECLARATION OF DELIA GREEN** |

I, Delia Green, declare as follows:

1.      I am over eighteen (18) years old and I am competent to testify to the facts in this Declaration based on my personal knowledge.

2.      I am a paralegal at Venable LLP, counsel for Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") and I am a resident in New York City.

3.      A true and correct video of T-Mobile's Rural Families advertisement featuring The Dillows ("Dillows Ad") is attached as **Exhibit A.**

4.      True and correct screenshot and an official transcript of T-Mobile's Dillows Ad are attached as **Exhibit B.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Dated: March 9, 2026

_____
Delia Green