**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS,

      *Plaintiff*,

      v.

T-MOBILE USA INC.,

      *Defendant*.

Case No. 1:26-cv-00972 (LAK)

Jury Trial Requested

**[PROPOSED] PRELIMINARY**
**INJUNCTION ORDER**

---

Plaintiff, Cellco Partnership d/b/a Verizon Wireless ("Verizon") has filed an Application for an Order to Show Cause for Preliminary Injunction ("Motion") against Defendant T-Mobile USA Inc. ("T-Mobile").  WHEREAS the Court having considered the parties' written submissions, the witness declarations, testimony and evidence presented at the preliminary injunction hearing on March 10-11, 2026, as well as the record and proceedings to date, hereby GRANTS Verizon's Motion. WHEREAS, pursuant to Fed. R. Civ. P. 65(a) the court hereby ORDERS that:

Defendant T-Mobile its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with T-Mobile who receive actual notice of this Order are preliminarily enjoined during the pendency of this action and shall remove from all forms of advertising:

1. The $1,000 Savings Claims for T-Mobile's Better Value plan including but not limited to removal from T-Mobile's website, television and radio commercials, digital media, billboards, social media, and any other form of advertising media[1];

---

[1] Representative examples of the $1,000 Savings Claim appearances across all media are contained in Plaintiff's Exh. 3 entered into evidence at the March 10 and 11 hearing, Exh. A hereto.

2. T-Mobile's price savings calculator comparing the Better Value plan to Verizon's wireless services plans (the "Calculator")[2];

3. Any T-Mobile price savings calculator comparing a T-Mobile wireless services plan to a Verizon wireless services plan using substantially similar false savings claims or inputting optional benefits over which T-Mobile solely controls the price and sale thereof; and

4. Within fifteen calendar days of the Effective Date of this Order, T-Mobile shall file a report with the Court setting forth in detail the way that T-Mobile has complied with this Preliminary Injunction Order.

Pursuant to Federal Rule of Civil Procedure 65(c) no security or bond is required for the issuance of this preliminary injunction as the relief granted herein compels compliance with applicable laws, consistent with the discretion afforded to this Court where the equities favor Plaintiff and there is no likelihood of harm to the enjoined party; and it is further

ORDERED, that any motion to enforce this Order or for a finding of contempt shall be heard on an expedited basis, with the moving party permitted to file such motion via ECF on shortened notice of no less than five (5) business days and opposing papers, if any, due within three (3) business days thereafter, unless otherwise directed by the Court.

Dated: March __, 2026
New York, New York

_____

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York

---

[2] T-Mobile's Calculator as defined in the Clark Declaration Paragraph 20.