**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,

*Plaintiff,*

v.

T-MOBILE USA INC.,

*Defendant.*

Case No. 1:26-cv-00972-LAK

**STIPULATION TO SUBSTITUTE COUNSEL**

**WHEREAS**, Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") was originally represented in the above-captioned litigation by attorneys Marcella Ballard and Roger A. Colaizzi from the law firm Venable LLP (the "Venable Attorneys");

**WHEREAS**, attorneys from the law firm Kelley Drye & Warren LLP (the "Kelley Drye Attorneys") have filed Notices of Appearance on behalf of Verizon and have begun representing Verizon in connection with the above-captioned litigation;

**WHEREAS**, with the consent of Verizon, the Venable Attorneys wish to withdraw as counsel of record in the above-captioned litigation pursuant to Local Rule 1.4(b);

**WHEREAS**, Verizon will continue to be represented by the Kelley Drye Attorneys;

**WHEREAS**, the Kelley Drye Attorneys do not seek modification of any existing deadlines or dates for court appearances in the case as a result of the substitution of counsel;

**WHEREAS**, the Venable Attorneys are not asserting a retaining or charging lien against Verizon;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Verizon, the Venable Attorneys, and the Kelley Drye Attorneys, subject to the approval of this Court, that the

appearances of attorneys Marcella Ballard and Roger A. Colaizzi as counsel of record for Plaintiff Cellco Partnership d/b/a Verizon Wireless be withdrawn.

May 20, 2026
New York, New York

**KELLEY DRYE & WARREN LLP**

By: /s/ Robert Steiner
Robert I. Steiner
Brianna J. Santolli
Gregory T. Berman
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
rsteiner@kelleydrye.com
bsantolli@kelleydrye.com
gberman@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
7 Giralda Farms
Suite 340
Madison, NJ 07940
Tel: (973) 503-5910
lmazzuchetti@kelleydrye.com

John E. Villafranco (*pro hac vice*)
Ioana R. Gorecki (*pro hac vice*)
670 Maine Ave. SW
Suite 600
Washington, DC 20024
Tel: (202) 342-8423
jvillafranco@kelleydrye.com
igorecki@kelleydrye.com

*Incoming Attorneys for Plaintiff*

May 19, 2026
New York, New York

**VENABLE LLP**

By: ______________________
Marcella Ballard
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel: (212) 370-6289
mballard@venable.com

Roger A. Colaizzi
600 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 344-8051
rcolaizzi@venable.com

*Outgoing Attorneys for Plaintiff*

Dated: New York, New York
May 20, 2026

**CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

______________________
By: Curtis L. Groves
Title: Sr. Managing Assoc. Gen. Counsel

Dated: _______________, 2026

**SO ORDERED.**

______________________
Hon. Lewis A. Kaplan, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2026, I caused to be served a copy of the foregoing Stipulation to Substitute Counsel (1) on all counsel of record via the Court's CM/ECF system; and (2) on representatives of Verizon via e-mail.

By: */s/ Robert I. Steiner*
Robert I. Steiner