UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, Plaintiff, -v- T-MOBILE USA INC., Defendant. | CIVIL ACTION NO. 26 Civ. 972 (LAK) (SLC) **TELEPHONE CONFERENCE** <u>**SCHEDULING ORDER**</u> |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at 93, there is presently a settlement conference scheduled for **July 9, 2026, at 2:15 p.m. ET** on the Court's Webex platform.  (Dkt. No. 93 (the "Settlement Conference")).  In advance of the Settlement Conference, telephone conferences with <u>counsel</u> <u>only</u> to discuss the parties' settlement positions are scheduled for **June 29, 2026** on the Court's conference line.  Counsel for the parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the following times:

- Plaintiff's counsel shall call the conference line at **12:00 p.m. ET**.

- Defendant's counsel shall call the conference line at **12:30 p.m. ET**.

Dated:       New York, New York
             May 29, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**