Case 1:26-cv-00972-LAK Document 105 Filed 08/18/26 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br>Plaintiff,<br>v.<br>T-MOBILE USA, INC.,<br>Defendant. | Case No. 1:26-cv-00972-LAK |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/19/2026

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND LITIGATION STAY AND ADJOURN DEADLINES**

WHEREAS, Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") filed its Complaint in the above-captioned action (the "Action") on February 4, 2026, Dkt. 1, and filed its First Amended Complaint on April 29, 2026, Dkt. 58;

WHEREAS, the Court entered a Scheduling Order on May 14, 2026, setting pretrial deadlines for the Action in view of a December 1, 2026 ready-for-trial date, Dkt. 87 (the "Scheduling Order");

WHEREAS, Verizon and Defendant T-Mobile USA, Inc. ("T-Mobile") are actively engaged in productive discussions regarding a potential settlement of this Action;

WHEREAS, on June 22, 2026, the Parties jointly stipulated and requested that the Court stay all litigation activities for a period of sixty (60) days so that the Parties could continue settlement discussions, including discussions toward the potential establishment of a framework for resolution of similar advertising-related disputes in the future (Dkt. 101);

WHEREAS, on June 23, 2026, the Court so-ordered the Parties' Stipulation, staying all litigation activities for sixty (60) days and adjourning all deadlines accordingly (Dkt. 103);

WHEREAS, the Parties have continued to hold active and productive settlement discussions during the stay;

WHEREAS, Magistrate Judge Cave held a telephone conference with the Parties on August 5, 2026, where the Parties informed the Court that they have continued their settlement discussions and believe they are making progress toward a potential resolution (Dkt. 105);

WHEREAS, given the Parties' productive settlement discussions and the upcoming end of the litigation stay, the Parties jointly and respectfully request that the Court extend the stay by twenty-one (21) days, up to and including September 11, 2026;

WHEREAS, neither party has previously sought an extension or adjournment of any pretrial deadline set forth in the Scheduling Order outside of the above-mentioned stay;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, that:

1. Litigation of the Action is hereby stayed until September 11, 2026;
2. All pretrial deadlines set forth in the Scheduling Order, Dkt. 87, are hereby adjourned for an additional 21 days;
3. All deadlines set forth in the Settlement Conference Scheduling Order, Dkt. 93—to the extent they were not adjourned *sine die* by the June 29 Telephone Conference Scheduling Order, Dkt. 104—are hereby adjourned for an additional 21 days;
4. The deadline for any party to respond to any pending discovery request shall be extended by 21 days;
5. The ready date for trial is adjourned until February 24, 2027, or any date thereafter that is convenient for the Court; and
6. The parties reserve all rights and defenses.

SO ORDERED.

[signature]

LEWIS A. KAPLAN, USDJ

8/19/2026

Case 1:26-cv-00972-LAK Document 105 Filed 08/18/26 Page 3 of 3

Dated: August 18, 2026
New York, New York

By: */s/ Hallie B. Levin*
Hallie B. Levin
Peter G. Neiman
Andres C. Salinas
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Hallie.Levin@wilmerhale.com
Peter.Neiman@wilmerhale.com
Andres.Salinas@wilmerhale.com

*Counsel for Defendant T-Mobile USA, Inc.*

By: */s/ Robert I. Steiner*
Robert I. Steiner
Brianna J. Santolli
Gregory T. Berman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
(212) 808-7800
rsteiner@kelleydrye.com
bsantolli@kelleydrye.com
gberman@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
KELLEY DRYE & WARREN LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5910
lmazzuchetti@kelleydrye.com

John E. Villafranco (*pro hac vice*)
Ioana R. Gorecki (*pro hac vice*)
KELLEY DRYE & WARREN LLP
670 Maine Ave. SW, Suite 600
Washington, DC 20024
Tel: (202) 342-8423
jvillafranco@kelleydrye.com
igerocki@kelleydrye.com

*Counsel for Plaintiff Cellco Partnership d/b/a Verizon Wireless*

**SO ORDERED.**

Dated: August ___, 2026

______________________________
The Honorable Lewis A. Kaplan
United States District Judge