UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No. 1:26-cv-00972-LAK |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Cellco Partnership d/b/a Verizon Wireless and Defendant T-Mobile USA, Inc., by and through their respective undersigned counsel, that the above-captioned action (the "Action"), and all claims and counterclaims therein asserted, are voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with the Action.

Dated: September 11, 2026
New York, New York

By: [signature]
Robert I. Steiner
Brianna J. Santolli
Gregory T. Berman
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
(212) 808-7800
rsteiner@kelleydrye.com
bsantolli@kelleydrye.com
gberman@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5910
lmazzuchetti@kelleydrye.com

John E. Villafranco (*pro hac vice*)
Ioana R. Gorecki (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
670 Maine Ave. SW, Suite 600
Washington, DC 20024
Tel: (202) 342-8423
jvillafranco@kelleydrye.com
igorecki@kelleydrye.com

*Counsel for Plaintiff Cellco Partnership d/b/a Verizon Wireless*

By: [signature]
Hallie B. Levin
Peter G. Neiman
Andres C. Salinas
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Hallie.Levin@wilmerhale.com
Peter.Neiman@wilmerhale.com
Andres.Salinas@wilmerhale.com

*Counsel for Defendant T-Mobile USA, Inc.*